# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDWARD L. DANZER,<br><br>    Petitioner,<br><br> v.<br><br>JONATHAN MEYER,<br><br>    Respondent. | CASE NO. 3:20-cv-06130-BJR-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**, that the habeas petition is denied, and that the matter is dismissed without prejudice.  No certificate of appealability shall issue.  The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 4th day of March, 2021.

                 *Barbara J. Rothstein*
                 Barbara Jacobs Rothstein
                 U.S. District Court Judge